UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | Case No. **3 21 cr 81** |
| **Plaintiff,** | : | I N D I C T M E N T |
| | : | |
| | : | 21 U.S.C. § 841(a)(1) |
| **v.** | : | 21 U.S.C. § 856(a)(2) |
| | : | |
| | : | **THOMAS M. ROSE** |
| **JOSEPH HEISLE,** | : | |
| | : | |
| **Defendant.** | : | |



The Grand Jury charges:

COUNT ONE

[21 U.S.C. §§ 841 and 841(b)(1)(B)]

On or about May 27, 2021, in the Southern District of Ohio, defendant **JOSEPH HEISLE** knowingly and intentionally possessed with intent to distribute:

    a.    40 grams or more of a mixture or substance containing a detectable amount of fentanyl, also known as N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl], a Schedule II controlled substance;

    b.    50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

COUNT TWO

[21 U.S.C. § 856(a)(2)]

On or about May 27, 2021, in the Southern District of Ohio, defendant **JOSEPH HEISLE** knowingly and intentionally managed and controlled any place -- whether permanently or temporarily -- as an owner and occupant, and in doing so, knowingly and intentionally made available for use, with and without compensation, the place for the purpose of unlawfully storing and distributing a controlled substance.

In violation of Title 21, United States Code, Section 856(a)(2).

A TRUE BILL

/s/ SIGNED
Foreperson

VIPAL J. PATEL
Acting United States Attorney

BRENT G. TABACCHI
Assistant United States Attorney